# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Jennifer L Abbott,**
        **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 6,503.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 36,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 199,547.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,847.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,273.50 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 6,503.00 | | |
| Total Liabilities | | | | 235,547.98 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

C. L. AUSTIN, CLERK
MILWAUKEE WISCONSIN
2005 JUL 14 PM 3: 28
UNITED STATES
BANKRUPTCY COURT
FILED

In re     **Jennifer L Abbott,**                              Case No.     **05-30835**

           **Jeffrey A Kingsley**

                                         Debtors

# SCHEDULE A. REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

     If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **n/a** | | **C** | **0.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

        **0**

‾‾‾‾ continuation sheets attached to the Schedule of Real Property             (Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Jennifer L Abbott,**                                      Case No.    **05-30835**
               **Jeffrey A Kingsley**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **shot gun, 2 cameras, miscellaneous fishing tackle** | **H** | **400.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >      <b>400.00</b><br>(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Chevrolet K1500 pick up | H | 2,550.00 |
| 24. Boats, motors, and accessories. | | Canoe, 2 h.p. motor | H | 600.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      **3,150.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Jennifer L Abbott,**                                    Case No. ___**05-30835**_____
         **Jeffrey A Kingsley**
_____
                              Debtors
## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **6,503.00** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
- ■ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **On Person** | **11 U.S.C. § 522(d)(5)** | **168.00** | **168.00** |
| **On person** | **11 U.S.C. § 522(d)(5)** | **20.00** | **20.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **SBC AMeritech** | **11 U.S.C. § 522(d)(5)** | **Unknown** | **50.00** |
| **Security Deposit located with landlord - Chuck Prestigiacomo, 1025 W. Glen Oaks Lane, Suite 208, Mequon, WI 53092** | **11 U.S.C. § 522(d)(5)** | **565.00** | **565.00** |
| **Household Goods and Furnishings** | | | |
| **3020 North Avenue - Stereo, bed, microwave, computer** | **11 U.S.C. § 522(d)(3)** | **400.00** | **400.00** |
| **5021 Hollywood Avenue - Living room set, dining room set, bed, dresser, TV, boombox,** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Compact discs and tapes, books, stamp collection** | **11 U.S.C. § 522(d)(5)** | **250.00** | **250.00** |
| **Wearing Apparel** | | | |
| **miscellaneous clothing - 3020 North Avenue, Wisconsin Rapids, WI 54495** | **11 U.S.C. § 522(d)(5)** | **200.00** | **200.00** |
| **miscellaneous clothing - 5021 Hollywood Avenue, Whitefish Bay, WI 53217** | **11 U.S.C. § 522(d)(5)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **shot gun, 2 cameras, miscellaneous fishing tackle** | **11 U.S.C. § 522(d)(5)** | **400.00** | **400.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 Chevrolet K1500 pick up** | **11 U.S.C. § 522(d)(2)** | **2,550.00** | **2,550.00** |
| **Boats, Motors and Accessories** | | | |
| **Canoe, 2 h.p. motor** | **11 U.S.C. § 522(d)(5)** | **600.00** | **600.00** |

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Jennifer L Abbott,**
　　　 **Jeffrey A Kingsley**

Case No. ___**05-30835**_____

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__**0**__　continuation sheets attached

| | Subtotal (Total of this page) | |
|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    **1**    continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re  **Jennifer L Abbott,**               Case No. __**05-30835**__
           **Jeffrey A Kingsley**

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 395860764 <br><br> **Department of the Treasury** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | C | | **1998, 1999, 2001** <br><br> **Income Taxes** | | | | **36,000.00** | **36,000.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **36,000.00** |
| Total (Report on Summary of Schedules) | | **36,000.00** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | | | | | |
| | | | | C | | | | | |
| Account No. **P16624471**<br><br>**Allied Interstate**<br>**3000 Corporate Exchange Drive 5th floor**<br>**Columbus, OH 43231** | C | | | | 10/89<br>**Consumer Goods** | | | | **551.21** |
| Account No. **414/933-3444**<br><br>**Ameritech Services**<br>**225 W. Randolph St. FL 80**<br>**Chicago, IL 60606-1838** | | | | J | 4/03<br>**Utilities** | | | | **2,000.00** |
| Account No. **3743485**<br><br>**Asset Acceptance LLC**<br>**P.O. Box 2039**<br>**Warren, MI 48090** | C | | | | 10/95<br>**Consumer Goods** | | | | **28,132.51** |
| Account No. **107273949**<br><br>**Aurora Health Care**<br>**3301 Forest Home Avenue**<br>**Milwaukee, WI 53215** | | | W | | 3/04<br>**Health Care** | | | | **375.88** |

**14** continuation sheets attached

Subtotal
(Total of this page)                                    **31,059.60**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          S/N:20274  Best Case Bankruptcy

In re  **Jennifer L Abbott,**          Case No.    **05-30835**
       **Jeffrey A Kingsley**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. H107273949<br><br>Aurora Health Care<br>3301 Forest Home Avenue<br>Milwaukee, WI 53215 | | W | 6/04 through 5/05<br>Health Care | | | | 200.00 |
| Account No. n/a<br><br>Boyle, Boyle & Boyle<br>2051 W. Wisconsin Avenue<br>Milwaukee, WI 53233 | | C | December 2003<br>Office Rent | | | | 2,500.00 |
| Account No. 008437281<br><br>Cabalry Portfolios Svcs<br>P.O. Box 668<br>Hawthorne, NY 10532 | | C | 2/02<br>Cell Phone bill - Spring | | | | 470.15 |
| Account No. 529107162097<br><br>Capital One<br>P.O. Box 85520<br>Richmond, VA 23285 | | W | 11/99<br>Consumer Goods | | | | 213.00 |
| Account No. 412174126191<br><br>Capital One Bank<br>P.O. Box 85015<br>Richmond, VA 23285 | | C | 12/89<br>Consumer Goods | | | | 13,455.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of          Subtotal       | 16,838.15
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Jennifer L Abbott,**
         **Jeffrey A Kingsley**

Case No.    **05-30835**

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 529107162097 <br><br> **Capital One Bank** <br> **P.O. Box 85015** <br> **Richmond, VA 23285** | C | | 11/99 <br> **Consumer Goods** | | | | 1,107.00 |
| Account No. 17521900 <br><br> **CBUSASEARS** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | C | | 6/1989 <br> **Consumer Goods** | | | | 774.00 |
| Account No. 811XXXX <br><br> **Collection Co. of America** <br> **700 Longwater Drive** <br> **Norwell, MA 02061-1624** | J | | 4/04 <br> **Utilities** | | | | 979.00 |
| Account No. 11/00 <br><br> **Collection Experts** <br> **1305 N. Barker Rd.** <br> **Brookfield, WI 53045-5236** | W | | 80000XXXX <br> **Health Care** | | | | 714.00 |
| Account No. J70655XXXX <br><br> **Credit Associates** <br> **12129 W Feerick** <br> **Milwaukee, WI 53222-2105** | W | | 6/02 <br> **Consumer Goods** | | | | 185.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,759.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Jennifer L Abbott,**
       **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 1461602**<br><br>**Credit Management Control**<br>**2707 Rapids Drive**<br>**Racine, WI 53404** | C | | 12/00<br>**Traffic Ticket** | | | | 128.00 |
| **Account No.**<br><br>**Debray Heyden**<br>**9002 Sheridan Rd**<br>**Kenosha, WI 53143** | C | | 2003<br>**Contract** | | | | 2,004.00 |
| **Account No. 40209**<br><br>**Dennis' Towing Service, Inc.**<br>**13990 W. Lisbon Rd.**<br>**Brookfield, WI 53005** | C | | 12/05<br>**Services** | | | | 2,000.00 |
| **Account No. 90007865521**<br><br>**Diversified Collection Services, Inc**<br>**P.O. Box 9057**<br>**Pleasanton, CA 94566** | C | | 1/88<br>**Student Loan** | | | | 18,033.97 |
| **Account No. 433731**<br><br>**Emergency Medical Assoc.**<br>**6400 Industrial Loop**<br>**Greendale, WI 53129** | W | | 4/05<br>**Health Care** | | | | 213.00 |

Sheet no.  **3**  of  **14**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,378.97

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **100623203A** <br><br> **Falls Collection Service** <br> **P.O. Box 668** <br> **Germantown, WI 53022** | | C | 9/2003 <br> **Utilites** | | | | 199.00 |
| Account No. **100623203A** <br><br> **Falls Collection Service** <br> **P.O. Box 668** <br> **Germantown, WI 53022** | | C | 9/03 <br> **Utilites** | | | | 199.00 |
| Account No. **22XXXX** <br><br> **Falls Collection Service** <br> **P.O. Box 668** <br> **Germantown, WI 53022** | | W | 6/02 <br> **Health Care** | | | | 95.00 |
| Account No. **112XXXX** <br><br> **Falls Collection Service** <br> **P.O. Box 668** <br> **Germantown, WI 53022** | | W | 4/02 <br> **Health Care** | | | | 218.00 |
| Account No. **1X07X0244XXXX** <br><br> **Falls Collection Service** <br> **P.O. Box 668** <br> **Germantown, WI 53022** | | W | 2/00 <br> **Health Care** | | | | 750.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,461.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Jennifer L Abbott,**  
      **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **89XXXX**<br><br>Federated Adjustment Co<br>P.O. Box 170680<br>Milwaukee, WI 53217-8056 | | W | 7/02<br>Health Care | | | | 4,791.00 |
| Account No. **87XXXX**<br><br>Federated Adjustment Co<br>P.O. Box 170680<br>Milwaukee, WI 53217-8056 | | W | 6/04<br>Health Care | | | | 211.00 |
| Account No. **84XXXX**<br><br>Federated Adjustment Co<br>P.O. Box 170680<br>Milwaukee, WI 53217-8056 | | W | 11/02<br>Health Care | | | | 292.00 |
| Account No. **72XXXX**<br><br>Federated Adjustment Co<br>P.O. Box 170680<br>Milwaukee, WI 53217-8056 | C | | 3/02<br>Health Care | | | | 33.00 |
| Account No. **3/01**<br><br>Federated Adjustment Co<br>P.O. Box 170680<br>Milwaukee, WI 53217-8056 | | W | 70XXXX<br>Health Care | | | | 1,380.00 |

Sheet no.  **5**  of  **14**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,707.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Jennifer L Abbott,**
      **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5521734027<br><br>**Financial Control**<br>P.O. Box 668<br>Germantown, WI 53022 | | J | 3/03<br>Utilities - Time Warner | | | | 198.70 |
| Account No. 100623203A<br><br>**Financial Control**<br>P.O. Box 668<br>Germantown, WI 53022 | | J | 7/03<br>Utilites - we energies | | | | 1,305.03 |
| Account No. 773958607<br><br>**GLHEC**<br>2401 International LN<br>Madison, WI 53704 | | C | 6/99<br>Student Loan | | | | 7,545.00 |
| Account No. 7339586076488<br><br>**GLHEC**<br>2401 International LN<br>Madison, WI 53704 | | C | 9/00<br>Student Loan | | | | 4,524.00 |
| Account No. 7439566076488<br><br>**GLHEC**<br>2401 International LN<br>Madison, WI 53704 | | C | 9/00<br>Student Loan | | | | 3,707.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,279.73

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Jennifer L Abbott,**
       **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40720** <br><br> **LVNV Funding** <br> **P.O. Box 10497** <br> **Greenville, SC 29603** | C | | **10/00** <br> **Consumer Goods** | | | | 551.00 |
| Account No. **571296** <br><br> **MCCBG/JC Penney** <br> **P.O. Box 981402** <br> **El Paso, TX 79998-1402** | C | | **4/91** <br> **Consumer Goods** | | | | 349.00 |
| Account No. **88XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | W | **11/03** <br> **Health Care** | | | | 273.00 |
| Account No. **93XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | C | | **7/04** <br> **Health Care** | | | | 1,829.00 |
| Account No. **92XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | W | **4/04** <br> **Health Care** | | | | 379.00 |

Husband, Wife, Joint, or Community

Sheet no.   **7**   of   **14**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,381.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re    **Jennifer L Abbott,**
         **Jeffrey A Kingsley**

Case No.    **05-30835**

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **91XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | W | 3/02 <br> **Health Care** | | | | 121.00 |
| Account No. **1/05** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | W | **Health Care** <br> **Health Care** | | | | 810.00 |
| Account No. **96XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | C | 10/03 <br> **Health Care** | | | | 180.00 |
| Account No. **89XXXX** <br><br> **Med Health Financial Services** <br> **9000 W. Wisconsin Ave.** <br> **Milwaukee, WI 53226-3518** | | W | 10/03 <br> **Health Care** | | | | 155.00 |
| Account No. **FCNB SPIE-850312** <br><br> **Midland Credit Agency** <br> **5775 Roscoe Ct.** <br> **San Diego, CA 92123-1356** | | W | 1/02 <br> **Consumer goods** | | | | 1,101.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,367.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5663XXXX<br><br>Nationwide Recovery Services<br>401A Pilot Court<br>Waukesha, WI 53188-2439 | | W | 10/03<br>Health Care | | | | 244.00 |
| Account No. 5595XXXX<br><br>Nationwide Recovery Services<br>401A Pilot Court<br>Waukesha, WI 53188-2439 | | W | 3/03<br>Health Care | | | | 762.00 |
| Account No. 5658XXXX<br><br>Nationwide Recovery Services<br>401A Pilot Court<br>Waukesha, WI 53188-2439 | | W | 10/04<br>Health Care | | | | 244.00 |
| Account No. 542418<br><br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | | C | 1990<br>Consumer Goods | | | | 7,692.00 |
| Account No. 05AP1298-D<br><br>Office of Lawyer Regulation<br>110 E. Main Street, Suite 315<br>Madison, WI 53703 | | C | 2004 | | | | Unknown |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,942.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **Jennifer L Abbott,**
        **Jeffrey A Kingsley**

Case No. _____**05-30835**_____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **23XXXX**<br><br>**Oliver Adjustment Co.**<br>**P.O. Box 371068**<br>**Milwaukee, WI 53237** | | W | 8/01<br>**Health Care** | | | | 61.00 |
| Account No.  **19XXXX**<br><br>**Oliver Adjustment Co.**<br>**P.O. Box 371068**<br>**Milwaukee, WI 53237** | | W | 11/99<br>**Health Care** | | | | 43.00 |
| Account No.  **n/a**<br><br>**Patrick O'Connor**<br>**533 N. 76th Street**<br>**Milwaukee, WI 53213** | | C | 1/05 through 5/05<br>**Past due rent, water bill, damage to garage door** | | | | 2,873.14 |
| Account No.  **3828292**<br><br>**Professional Account Mgmt LLC**<br>**P.O. Box 391**<br>**Milwaukee, WI 53201** | | C | 2004<br>**Consumer Goods** | | | | 125.09 |
| Account No.  **71195470**<br><br>**Recoveries**<br>**6737 West Washington Street, #3118**<br>**Milwaukee, WI 53214** | | C | 4/02<br>**Health Care** | | | | 77.51 |

Sheet no.  __**10**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,179.74

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Jennifer L Abbott,**
         **Jeffrey A Kingsley**

Case No.    **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 395860764<br><br>Sallie Mae LSCF<br>1002 Arthur Drive<br>Lynn Haven, FL 32444 | C | | 10/86<br>Student Loan | | | | 3,000.00 |
| Account No. 391486329<br><br>Sallie Mae LSCF<br>1002 Arthur Drive<br>Lynn Haven, FL 32444 | W | | 7/03<br>Student Loan | | | | 2,015.00 |
| Account No. 391486329<br><br>Sallie Mae LSCF<br>1002 Arthur Drive<br>Lynn Haven, FL 32444 | C | | 1/98<br>Student Loan | | | | 5,500.00 |
| Account No. 391486329<br><br>Sallie Mae LSCF<br>1002 Arthur Drive<br>Lynn Haven, FL 32444 | C | | 1/98<br>Student Loan | | | | 5,000.00 |
| Account No. 41477822959095<br><br>SBC Ameritech | C | | 2004<br>Utilities | | | | Unknown |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,515.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Jennifer L Abbott,**
         **Jeffrey A Kingsley**

Case No. ___**05-30835**_____

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **81XXXX**<br><br>**Seattle Service Bureau**<br>**P.O. Box 55789**<br>**Seattle, WA 98155-0789** | | W | | 10/02<br>**Health Care** | | | | 4,831.00 |
| Account No. **81XXXX**<br><br>**Seattle Service Bureau**<br>**P.O. Box 55789**<br>**Seattle, WA 98155-0789** | | W | | 10/00<br>**Health Care** | | | | 6,516.00 |
| Account No. **0548927793-4**<br><br>**Sprint**<br>**P.O. Box 219554**<br>**Kansas City, MO 64121** | | W | | 3/05<br>**Cell Phone** | | | | 218.29 |
| Account No. **71271415**<br><br>**St. Joseph**<br>**P.O. Box 68-9510**<br>**Milwaukee, WI 53268** | | W | | 5/01<br>**Health Care** | | | | 244.00 |
| Account No. **6107170**<br><br>**St. Michael Hospital**<br>**P.O. Box 68-9505**<br>**Milwaukee, WI 53268** | | W | | 4/03<br>**Health Care** | | | | 425.50 |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          12,234.79

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Jennifer L Abbott,**
      **Jeffrey A Kingsley**

Case No.   **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 489765403065<br><br>Star Bank<br>P.O. Box<br>Cincinnati, OH 45201-0956 | | W | 4/97<br>Consumer Goods | | | | 250.00 |
| Account No. 395860764<br><br>Student Loan Mkt Assn<br>2000 Bluffs Drive<br>Lawrence, KS 66044 | | C | 9/95<br>Student Loan | | | | 4,000.00 |
| Account No. 391486329<br><br>Student Loan Mkt Association<br>365 Herndon Parkway<br>Herndon, VA 22070 | | W | 1/91<br>Student Loan | | | | 36,848.00 |
| Account No. 102XXXX<br><br>Tri-State Adjustment Inc.<br>3439 East Ave. S.<br>La Crosse, WI 54601 | | W | 1/00<br>Health Care | | | | 25.00 |
| Account No. 1355XXXX<br><br>UCB Collections<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | | C | 12/04<br>Health Care | | | | 172.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,295.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Jennifer L Abbott,**
       **Jeffrey A Kingsley**

Case No.    **05-30835**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 395650764<br><br>US Department of Education<br>501 Bleeker Street<br>Utica, NY 13501 | C | | 11/01<br>Student Loan | | | | 5,536.00 |
| Account No. 3200304006861<br><br>Us Dept of Ed/FISL/ATL<br>P.O. Box 4222<br>Iowa City, IA 52244 | C | | 11/01<br>Student Loan | | | | 5,537.00 |
| Account No. 725 American Avenue<br><br>Waukesha Memorial Hospital<br>P.O. Box 1601<br>Waukesha, WI 53188 | | W | 6/03<br>Health Care | | | | 77.00 |
| Account No. 391486329<br><br>Wisconsin Athletic Club<br>8700 Watertown Plank Rd.<br>Milwaukee, WI 53226 | | W | 5/03<br>Health Club membership | | | | Unknown |
| Account No. 05-10<br><br>Wisconsin Lawyers Fund for Client Protec<br>P.O. Box 7158<br>Madison, WI 53707 | C | | 2004<br>Legal Services | | | | 2,000.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 13,150.00 |
| Total<br>(Report on Summary of Schedules) | 199,547.98 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

 

 **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re     **Jennifer L Abbott,**                            Case No.    **05-30835**

            **Jeffrey A Kingsley**

Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Jennifer L Abbott,**                              Case No. ____**05-30835**_____
           **Jeffrey A Kingsley**
_____
                              Debtors
## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES **None.** | AGE | RELATIONSHIP |
| **Married** | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Warehouseman |
| Name of Employer    **unemployed** | | Copps Distributing |
| How long employed | | 11/15/04 through present |
| Address of Employer | | 2828 Wayne Street<br>Stevens Point, WI 54481-0000 |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 2,300.00 |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| SUBTOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 2,300.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 433.00 |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 20.00 |
| d. Other (Specify)_____ . . . . . . . | $ | 0.00 | $ | 0.00 |
| _____ . . . . . . . | $ | 0.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 453.00 |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 1,847.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| _____ . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) _____ . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| _____ . . . . . . . . . . . . | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 0.00 | $ | 1,847.00 |
| TOTAL COMBINED MONTHLY INCOME    $____**1,847.00**____ | | (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

■   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . $ | 585.00 |
| Are real estate taxes included?     Yes_____    No____X____ | |
| Is property insurance included?     Yes_____    No____X____ | |
| Utilities: Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 60.00 |
|            Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 150.00 |
|            Other_____**Cell Phone**_____ . . . . . . . $ | 100.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 25.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 200.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 20.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 40.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 200.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 300.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|            Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Other_____ . . . . . . . $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|            (Specify)_____ . . . . . . . $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|            Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|            Other_____ . . . . . . . $ | 0.00 |
|            Other_____ . . . . . . . $ | 0.00 |
|            Other_____ . . . . . . . $ | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . $ | 0.00 |
| Other_____ . . . . . . . $ | 0.00 |
| Other_____ . . . . . . . $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . . $ | **1,780.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . $ | **N/A** |

(interval)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Jennifer L Abbott**
          **Jeffrey A Kingsley**
                                            Debtor(s)

Case No.    _____

Chapter    **7**  _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    7/11/05            Signature                                   
                                                          **Jennifer L Abbott**
                                                          Debtor

Date    7/11/05            Signature                                   
                                                          **Jeffrey A Kingsley**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Jennifer L Abbott**
**Jeffrey A Kingsley**             Case No.    **05-30835**

Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$13,752.18** | **husband ytd** |
| **$7,523.58** | **husband 2004** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

### 3. Payments to creditors

None
☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In the matter of disciplinary proceedings against Jeffrey A. Kingsley  05ap1298-d** | disciplinary proceedings | **Wisconsin Supreme Court, Madison, WI** | pending |
| **4SC040873 - Advanced Health Care v. Jennifer L. Abbott** | **Small Claims Action** | **Milwaukee County Circuit Court, 901 N. 9th Street, Milwaukee, WI  53233** | **Judgment obtained in the amount of $788** |

None
☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | **5/16/05** | **Tax refund $279.54** |

### 5. Repossessions, foreclosures and returns

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses *whether or not* a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ■   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10. Other transfers

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 8531 W. Hawthorne Avenue | Jennifer Abbott | 3/03 through 3/05 |
| 1257 Elm Lawn Milwaukee, WI 53213 | Jeffrey Kingsley | October 2001 trough March 2004 |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None ☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Abbott & Kingsley** | | **2051 W. Wisconsin Avenue Milwaukee, WI 53223** | **Law Practice** | **1997 through 2005** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                  DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST                  PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                  TITLE                  NATURE AND PERCENTAGE
                                                         OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                  DATE OF TERMINATION

Form 7
(9/00)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____7/11/05_____         Signature _____
                                         **Jennifer L Abbott**
                                         Debtor

Date _____7/11/05_____         Signature _____
                                         **Jeffrey A Kingsley**
                                         Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

In re    Jennifer L Abbott,
          Jeffrey A Kingsley

                                              Debtors

Case No.    05- 30835

Chapter                    7

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date    7/11/05

Signature    _Abbott_
Jennifer L Abbott
Debtor

Date    7/11/05

Signature    _Kingsley_
Jeffrey A Kingsley
Joint Debtor

Allied Interstate
3000 Corporate Exchange Drive 5th floor
Columbus, OH 43231

Ameritech Services
225 W. Randolph St. FL 80
Chicago, IL 60606-1838

Asset Acceptance LLC
P.O. Box 2039
Warren, MI 48090

Aurora Health Care
3301 Forest Home Avenue
Milwaukee, WI 53215

Aurora Health Care
3301 Forest Home Avenue
Milwaukee, WI 53215

Boyle, Boyle & Boyle
2051 W. Wisconsin Avenue
Milwaukee, WI 53233

Cabalry Portfolios Svcs
P.O. Box 668
Hawthorne, NY 10532

Capital One
P.O. Box 85520
Richmond, VA 23285

Capital One Bank
P.O. Box 85015
Richmond, VA 23285

Capital One Bank
P.O. Box 85015
Richmond, VA 23285

CBUSASEARS
P.O. Box 6189
Sioux Falls, SD 57117

Citibank, NA

Collection Co. of America
700 Longwater Drive
Norwell, MA 02061-1624

Collection Experts
1305 N. Barker Rd.
Brookfield, WI 53045-5236

Credit Associates
12129 W Feerick
Milwaukee, WI 53222-2105

Credit Management Control
2707 Rapids Drive
Racine, WI 53404

Debray Heyden
9002 Sheridan Rd
Kenosha, WI 53143

Dennis' Towing Service, Inc.
13990 W. Lisbon Rd.
Brookfield, WI 53005

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999

Diversified Collection Services, Inc
P.O. Box 9057
Pleasanton, CA 94566

Emergency Medical Assoc.
6400 Industrial Loop
Greendale, WI 53129

Falls Collection Service
P.O. Box 668
Germantown, WI 53022

Falls Collection Service
P.O. Box 668
Germantown, WI 53022

Falls Collection Service
P.O. Box 668
Germantown, WI 53022

Falls Collection Service
P.O. Box 668
Germantown, WI 53022

Falls Collection Service
P.O. Box 668
Germantown, WI 53022

Federated Adjustment Co
P.O. Box 170680
Milwaukee, WI 53217-8056

Federated Adjustment Co
P.O. Box 170680
Milwaukee, WI 53217-8056

```
Federated Adjustment Co
P.O. Box 170680
Milwaukee, WI 53217-8056

Federated Adjustment Co
P.O. Box 170680
Milwaukee, WI 53217-8056

Federated Adjustment Co
P.O. Box 170680
Milwaukee, WI 53217-8056

Financial Control
P.O. Box 668
Germantown, WI 53022

Financial Control
P.O. Box 668
Germantown, WI 53022

GLHEC
2401 International LN
Madison, WI 53704

GLHEC
2401 International LN
Madison, WI 53704

GLHEC
2401 International LN
Madison, WI 53704

GLHEC
2401 International LN
Madison, WI 53704

LVNV Funding
P.O. Box 10497
Greenville, SC 29603

MCCBG/JC Penney
P.O. Box 981402
El Paso, TX 79998-1402

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518
```

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Med Health Financial Services
9000 W. Wisconsin Ave.
Milwaukee, WI 53226-3518

Midland Credit Agency
5775 Roscoe Ct.
San Diego, CA 92123-1356

Nationwide Recovery Services
401A Pilot Court
Waukesha, WI 53188-2439

Nationwide Recovery Services
401A Pilot Court
Waukesha, WI 53188-2439

Nationwide Recovery Services
401A Pilot Court
Waukesha, WI 53188-2439

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Office of Lawyer Regulation
110 E. Main Street, Suite 315
Madison, WI 53703

Oliver Adjustment Co.
P.O. Box 371068
Milwaukee, WI 53237

Oliver Adjustment Co.
P.O. Box 371068
Milwaukee, WI 53237

Patrick O'Connor
533 N. 76th Street
Milwaukee, WI 53213

Professional Account Mgmt LLC
P.O. Box 391
Milwaukee, WI 53201

Recoveries
6737 West Washington Street, #3118
Milwaukee, WI 53214

Sallie Mae LSCF
1002 Arthur Drive
Lynn Haven, FL 32444

Sallie Mae LSCF
1002 Arthur Drive
Lynn Haven, FL 32444

Sallie Mae LSCF
1002 Arthur Drive
Lynn Haven, FL 32444

Sallie Mae LSCF
1002 Arthur Drive
Lynn Haven, FL 32444

SBC Ameritech

Seattle Service Bureau
P.O. Box 55789
Seattle, WA 98155-0789

Seattle Service Bureau
P.O. Box 55789
Seattle, WA 98155-0789

Sherman Acquisition Limited Partnership

Sprint
P.O. Box 219554
Kansas City, MO 64121

St. Joseph
P.O. Box 68-9510
Milwaukee, WI 53268

St. Michael Hospital
P.O. Box 68-9505
Milwaukee, WI 53268

Star Bank
P.O. Box
Cincinnati, OH 45201-0956

Student Loan Mkt Assn
2000 Bluffs Drive
Lawrence, KS 66044

Student Loan Mkt Association
365 Herndon Parkway
Herndon, VA 22070

Tri-State Adjustment Inc.
3439 East Ave. S.
La Crosse, WI 54601

UCB Collections
5620 Southwyck Blvd
Toledo, OH 43614-1501

US Department of Education
501 Bleeker Street
Utica, NY 13501

Us Dept of Ed/FISL/ATL
P.O. Box 4222
Iowa City, IA 52244

Waukesha Memorial Hospital
P.O. Box 1601
Waukesha, WI 53188

Wisconsin Athletic Club
8700 Watertown Plank Rd.
Milwaukee, WI 53226

Wisconsin Lawyers Fund for Client Protec
P.O. Box 7158
Madison, WI 53707